1

2

3

4

5

6

7

8

9                        UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 JAMES STEWART ENTERTAINMENT, LLC, a Florida limited liability company, and JAMES STEWART, JR., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>L&M RACING, LLC, a California limited liability corporation, and MIKE KRANYAK, an individual,<br><br>Defendants. | CASE NO. EDCV 12-0049 JGB(SPx)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EVIDENCE PRECLUSION AND MONETARY SANCTIONS AGAINST DEFENDANTS FOR VIOLATIONS OF RULES 26 AND 37 OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>DATE:     June 18, 2013<br>TIME:     10:00 a.m.<br>PLACE:   Courtroom 3 or 4 – 3rd Floor<br>               (The Honorable Sheri Pym<br>               United States Magistrate Judge) |
| L&M RACING, LLC, and MIKE KRANYAK,<br><br>Counterclaimants,<br><br>v.<br><br>JAMES STEWART ENTERTAINMENT, LLC, a Florida limited liability company, and JAMES STEWART, JR.,<br><br>Counterdefendants. | Action Filed:  January 10, 2012<br>Trial Date:    June 25, 2013 |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER GRANTING MOTION FOR SANCTIONS**

The motion of Plaintiffs James Stewart Entertainment, LLC and James Stewart, Jr. for evidence preclusion and monetary sanctions Defendants L&M Racing, LLC ("L&M") and Mike Kranyak ("Kranyak") (collectively, "Defendants") came on regularly for hearing.

Having considered the parties' papers and oral arguments, the Court issues the following order:

A.     Defendants are HEREBY ORDERED not to introduce, mention or otherwise use any testimony from Stewart's April 15, 2013 deposition for any purpose, including but not limited to that portion of Stewart's deposition in which Defendants questioned Stewart about documents that Defendants did not previously produce or disclose to Plaintiffs, and that deposition is HEREBY STRICKEN from the record in this case.

B.     Defendants are HEREBY ORDERED not to introduce, mention or otherwise use any testimony from Sergio Avanto's April 16, 2013 deposition for any purpose, including but not limited to that portion of Avanto's deposition in which Defendants questioned Avanto about documents that Defendants did not previously produce or disclose to Plaintiffs, and that deposition is HEREBY STRICKEN from the record in this case.

C.     Defendants are HEREBY ORDERED not to introduce, mention or otherwise use the documents marked as Exhibits 1017, 1022, 1032, 1045, 1046 and 1051, which were first identified at Stewart's April 15, 2013 deposition and some of which were later used as exhibits in Avanto's April 16, 2013 deposition.  These documents include but are not limited to the documents which Defendants belatedly produced with bates stamp identification numbers with identification numbers L&M 2017-24 and subsequently renumbered by Defendants as L&M 4090-98.

PRINTED ON
RECYCLED PAPER

1   D.   Defendants are HEREBY ORDERED not to introduce, mention or

2   otherwise use documents produced by Defendants to Plaintiffs on or about May 8,

3   2013 with the bates stamp identification numbers L&M 002025 through L&M

4   003992 which Defendants obtained from a belated search of L&M's place of business

5   in Murrieta, California in violation of their obligations under Rule 26.

6   E.   Defendants are HEREBY ORDERED not to introduce, mention or

7   otherwise use documents which Defendants have not produced or disclosed to

8   Plaintiffs in a timely manner such that Plaintiffs had the opportunity to conduct

9   follow up discovery before the discovery cutoff in violation of their obligations under

10  Rule 26, including any document produced by Defendants with a bates stamp

11  identification number higher than L&M 2016.

12  F.   Defendants are HEREBY ORDERED to pay reasonable expenses,

13  including attorneys' fees, of Plaintiffs which were incurred as a result of Defendants'

14  failure to comply with their obligations under Rule 26, and specifically in the

15  following amounts:

16  (i)   $4,000.00 for the time to review documents previously

17  produced and belatedly produced by Defendants to determine and confirm that

18  the exhibits Defendants used in Mr. Stewart's deposition – Exhibit Nos. 1017,

19  1022, 1032, 1045, 1046, and 1051 – were not previously produced or identified

20  in Defendants' initial disclosures and the documents Defendants produced on

21  May 8, 2013 were not previously produced or disclosed, including time to and

22  draft and send correspondence to Defendants regarding these documents;

23  (ii)   $15,520.00 for the time expended to prepare this motion to

24  address Defendants' discovery and disclosure violations; and

25  (iii)   $11,600.00 for the amount Plaintiffs expect to expend to

26  coordinate the finalization and filing of this joint stipulation, to prepare the

27

28

1  supplemental brief in support of this motion and to prepare for and argue at the

2  hearing on this motion.

3

4  DATED:_____          _____

5                                                    The Honorable Sheri Pym
                                                      United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28